

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 27, 2020

**BY ECF**

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:  *United States v. Shakur Pinder*, **19 Cr. 12 (VSB)**

Dear Judge Broderick:

    Defendant Shakur Pinder was previously accepted, but not formally inducted, into the Southern District of New York's Young Adult Opportunity Program ("YAOP"). However, he was recently arrested in Pennsylvania, and, as a result of this arrest, he is no longer being offered a spot in the YAOP. The Court had previously excluded time under the Speedy Trial Act through March 25, 2020. (Dkt. No. 219.) The parties respectfully request that the Court set a status conference for Mr. Pinder in approximately forty-five days. The Government also moves, with the consent of defense counsel, for the exclusion of time under the Speedy Trial Act through the next-scheduled conference. This exclusion would be in the interests of justice as it would allow the parties time to discuss possible dispositions of this matter or to prepare for trial. *See* 18 U.S.C. § 3161(h)(7)(A).

                              Respectfully submitted,

                              GEOFFREY S. BERMAN
                              United States Attorney
                              Southern District of New York

    By:  */s/ Daniel G. Nessim*
          Jarrod L. Schaeffer
          Daniel S. Nessim
          Assistant United States Attorneys
          Tel: (212) 637-2270 / 2486