```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :    19-CR-12-008 (VSB)
UNITED STATES OF AMERICA,                  :
                                           :            ORDER
             -v-                           :
                                           :
SHAKUR PINDER,                             :
                                           :
                       Defendant.          :
                                           :
------------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 4/29/2020

VERNON S. BRODERICK, United States District Judge:

I am in receipt of a Violation Memorandum from pretrial services dated March 12, 2020, notifying me that Defendant failed "to obtain employment and/or attend an educational program," violated the travel restrictions of his release, and failed to notify Pretrial Services of his contact with law enforcement. Pretrial Services has recommended Defendant Pinder be detained. It is hereby

ORDERED that the parties shall each submit a letter on or before May 1, 2020, addressing whether or not Defendant's bail should be revoked;

IT IS FURTHER ORDERED that the parties should provide information related to the status of Defendant's February 13, 2020 arrest by the Palmer Township Police Department in Pennsylvania, on charges of: Identity Theft; Forgery; Possessing Instrument of Crime; Access Device Fraud; and Theft by Deception; and

IT IS FURTHER ORDERED that the parties shall provide dates and times when they are available for a telephonic hearing during the week of May 4, 2020, to Deputy Clerk Melissa Williams.

SO ORDERED.

Dated: April 29, 2020
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge