UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                                 :      19-CR-12-10 (VSB)

UNITED STATES OF AMERICA,
                                                 :           ORDER
          -v-

SHAKUR PINDER,
                    Defendant.
------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       On May 4, 2020, I held a bail revocation hearing. For the reasons stated on the record during the hearing, it is hereby

       ORDERED that the defendant's bail is modified to include home incarceration with electronic monitoring. The defendant shall not leave the residence without approval of this Court or Pretrial Services.

       IT IS FURTHER ORDERED that the defendant shall reside with his mother, Ms. Washington at 16 Bennett Street, Apt# 301, Jersey City, NJ 07304.

       SO ORDERED.

Dated: May 4, 2020
       New York, New York

*Vernon S. Broderick*
Vernon S. Broderick
United States District Judge