LAW OFFICES OF

# FREDERICK L. SOSINSKY

45 BROADWAY, SUITE 3010

NEW YORK, NEW YORK 10006

TELEPHONE (212) 285-2270

TELECOPIER (212) 248-0999

EMAIL: FredS@newyork-criminaldefense.com

June 22, 2020

BY ECF
Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall
U. S. Courthouse – 40 Foley Square
New York, New York 10007

**APPLICATION GRANTED
SO ORDERED** *New BA*
**VERNON S. BRODERICK
U.S.D.J.** 6/23/2020

Re:   United States v. Shakur Pinder
      19 Crim. 0012 (VSB)

Dear Judge Broderick:

I represent Shakur Pinder, the defendant in the above matter. As the Court may recall from our last appearance before Your Honor, Mr. Pinder, who is currently on home incarceration, is anxious to begin working again and has provided details to Pretrial Services regarding the interview process he has begun from home in order to secure gainful employment.  So that Mr. Pinder is able to attend one or more in-person interviews and, he hopes, to actually start working on a full or part-time basis, I am respectfully requesting that the Court modify the conditions of Mr. Pinder's release on bond so as to change his status from home incarceration to home confinement.  Mr. Pinder would continue to be subject to GPS monitoring and permitted only to go on such interviews or to and from work as approved by Pretrial Services. Mr. Pinder would also not be permitted to apply for or to become employed in any position that would afford him access to the personal identifying information of others – already a condition of his release.

Both Pretrial Services and the Government have no objection to this request.

Thank you for your consideration.

Respectfully yours,

Frederick L. Sosinsky

FLS: bms