LAW OFFICES OF
# FREDERICK L. SOSINSKY
45 BROADWAY, SUITE 3010
NEW YORK, NEW YORK 10006

TELEPHONE (212) 285-2270
TELECOPIER (212) 248-0999
EMAIL: FredS@newyork-criminaldefense.com

August 21, 2020

BY ECF
Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall
U. S. Courthouse – 40 Foley Square
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 8/23/2020

Sentencing in this matter is adjourned to October 29, 2020 at 11:00 a.m.

Re: United States v. Shakur Pinder
    19 Crim. 0012 (VSB)

Dear Judge Broderick:

As you are aware, I represent Shakur Pinder, the defendant in the above matter. I am writing to respectfully request that Mr. Pinder's sentencing, presently scheduled for September 3, 2020, be adjourned to a date in mid to late October. I will need this additional time to gather documentation and other materials necessary to properly present to the Court Mr. Pinder's Sentencing Memorandum. It is also my hope that by that date, we will be able to conduct Mr. Pinder's sentencing in person before Your Honor.

I have conferred with AUSA Jarod Schaeffer who has no objection to this request.

Thank you for your consideration.

Respectfully yours,

Frederick L. Sosinsky

FLS: bms