LAW OFFICES OF
# FREDERICK L. SOSINSKY
45 BROADWAY, SUITE 3010

NEW YORK, NEW YORK 10006

TELEPHONE (212) 285-2270

TELECOPIER (212) 248-0999

EMAIL: FredS@newyork-criminaldefense.com November 16, 2020

BY ECF
Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall
U. S. Courthouse – 40 Foley Square
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 11/17/2020

Re:   United States v. Shakur Pinder
      19 Crim. 0012 (VSB)

Dear Judge Broderick:

Following the sentencing of Mr. Pinder on Friday afternoon, I received a message from Pretrial Services requesting that I make application to Your Honor for their release of Mr. Pinder's passport to him. Accordingly, I respectfully request that the Court direct Pretrial Services to release the passport to Mr. Pinder.

Thank you for your consideration.

Respectfully yours,

Frederick L. Sosinsky

FLS: bms