LAW OFFICES OF

# FREDERICK L. SOSINSKY

45 BROADWAY, SUITE 3010

NEW YORK, NEW YORK 10006

TELEPHONE (212) 285-2270

TELECOPIER (212) 248-0999

EMAIL: FredS@newyork-criminaldefense.com

April 26, 2021

BY ECF
Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall
U. S. Courthouse – 40 Foley Square
New York, New York 10007

**APPLICATION GRANTED
SO ORDERED**
VERNON S. BRODERICK
U.S.D.J. 4/30/2021

Re: United States v. Shakur Pinder
19 Crim. 0012 (VSB)

Dear Judge Broderick:

I represent Shakur Pinder, the defendant in the above matter who was sentenced by Your Honor to, inter alia, a four-year term of supervised release on November 13, 2020.

I am writing to respectfully request that the Court permit Mr. Pinder to travel on vacation with his fiancé to the Maldives Islands from May 13 through May 18, 2021. I have communicated with Mr. Pinder's Probation Officer Joshua Mack who reports that Mr. Pinder has been fully compliant with all conditions, has secured employment and is making regular payments towards restitution. **Officer Mack has no objection to this application and will be provided a detailed itinerary should it be granted.**

Thank you for your consideration.

Respectfully yours,

Frederick L. Sosinsky

FLS: bms