LAW OFFICES OF
# FREDERICK L. SOSINSKY
45 BROADWAY, SUITE 3010
NEW YORK, NEW YORK 10006

TELEPHONE (212) 285-2270
TELECOPIER (212) 248-0999
EMAIL: FredS@newyork-criminaldefense.com

April 17, 2023

BY ECF
Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall
U. S. Courthouse – 40 Foley Square
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 4/18/23

Re: United States v. Shakur Pinder
19 Crim. 0012 (VSB)

Dear Judge Broderick:

I represent Shakur Pinder, the defendant in the above matter who was sentenced by Your Honor to, *inter alia*, a four-year term of supervised release on November 13, 2020.

I am writing to respectfully request that the Court permit Mr. Pinder to travel on vacation with his fiancé and daughter to Punta Cana, Dominican Republic, from April 24, 2023 through April 28, 2023. I have been advised by Mr. Pinder's Probation Officer Tiffany Duque that she has no objection to this request. Mr. Pinder will provide a detailed itinerary to Officer Duque should this request be granted.

Thank you for your consideration.

Respectfully yours,

Frederick L. Sosinsky

FLS: bms