UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

SHAKUR PINDER,

           Defendant.

CASE NO.: 19 Crim. 12 (VSB) - 10

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A Bail Hearing is scheduled **in person** for **Monday, June 17, 2024 at 10:00 am** in Courtroom 18A, 500 Pearl Street, New York, New York.

Dated:    New York, New York
              June 14, 2024

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**