UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                                   :
UNITED STATES OF AMERICA,        :
                                                   :
                     Plaintiff,    :
                                                 :     24-CR-212 (VSB)
             - against -    :
                                                 :           **ORDER**
SHAKUR PINDER,                     :
                      Defendant.  :
                                               :
----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       The parties request that I hold an evidentiary hearing regarding Defendant's alleged violation of supervised release on July 31, 2025. (Doc. 399.) Accordingly, it is hereby:

       ORDERED that an evidentiary hearing be scheduled for July 31, 2025 at 10:00 a.m.

       IT IS FURTHER ORDERED that the parties meet and confer with regard to the exchange of a list of witnesses and exhibits, exhibits, and 3500 materials pursuant to the Jencks Act in advance of the evidentiary hearing. The parties shall file a proposed schedule on or before June 13, 2025.

SO ORDERED.

Dated:     June 4, 2025
             New York, New York

                                                         Vernon S. Broderick
                                                          United States District Judge