UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                              :      19-CR-12-10 (VSB)
   UNITED STATES OF AMERICA,             :
                                              :           ORDER
                -v-                               :
   SHAKUR PINDER,                         :
                         Defendant.   :
------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       An evidentiary hearing regarding Defendant's alleged violation of supervised release is scheduled for August 5, 2025 at 10 a.m. (Doc. 406.) Although the parties estimate the hearing will be less than a day, it is hereby:

       ORDERED that the evidentiary hearing shall begin 9:30 a.m. on August 5, 2025.

SO ORDERED.

Dated: July 31, 2025
       New York, New York

_____
VERNON S. BRODERICK
United States District Judge