**FREEMAN, NOOTER & GINSBERG**
ATTORNEYS AT LAW

LOUIS M. FREEMAN     75 MAIDEN LANE
THOMAS H. NOOTER     SUITE 503
LEE A. GINSBERG     NEW YORK, N.Y. 10038

NADJIA LIMANI
OF COUNSEL

CHARLENE RAMOS
OFFICE MANAGER

**APPLICATION DENIED**
**SO ORDERED** /s/ Vernon S. Broderick
**VERNON S. BRODERICK**
**U.S.D.J.** 10/29/2025

BY ECF
Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

It is my understanding that Mr. Pinder has been designated to FCI Ray Brook, and he should surrender on November 4, 2025 by 2:00 PM. In light of Mr. Pinder's designation, there is no need for the Government to respond to Mr. Pinder's request by end of day on October 31, 2025.

**United States v. Pinder**
**19 Cr 12-10 (VSB)**

Dear Judge Broderick:

    We write to request an extension of Mr. Pinder's surrender date, currently scheduled for November 4, 2025. We make this request because to our knowledge Mr. Pinder has not yet been designated. Therefore, should Mr. Pinder not be designated by November 4, 2025, he will surrender to the Marshal's Office by 2 pm on that date. Notwithstanding the court's recommendation that Mr. Pinder not be designated to MDC, there is a strong likelihood he will remain at MDC for months until designated elsewhere, defeating the intent of the court's recommendation.

    We request January 6, 2026 to allow Mr. Pinder to in fact be designated and actually surrender to the institution designated by the BOP. In addition Mr. Pinder would be able to spend the holidays with his family, especially his daughter, with whom, as the court knows, he is very close. Finally, it is our understanding, that Mr. Pinder's record of compliance since sentencing has been good.

    Respectfully submitted,

    /s/
    Louis M. Freeman