# FREEMAN, NOOTER & GINSBERG
**ATTORNEYS AT LAW**

LOUIS M. FREEMAN
THOMAS H. NOOTER
LEE A. GINSBERG
———

NADJIA LIMANI
OF COUNSEL
———
CHARLENE RAMOS
OFFICE MANAGER

75 MAIDEN LANE
SUITE 503
NEW YORK, N.Y. 10038
———

(212) 608-0808
TELECOPIER (212) 962-9696
E-MAIL: FNGLAW@AOL.COM
WWW.FNGLAW.COM

October 30, 2025

BY ECF
Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

**APPLICATION DENIED. SO ORDERED**
/s/ Vernon S. Broderick
VERNON S. BRODERICK
U.S.D.J.   10/31/2025

A recommendation to a facility does not guarantee that the BOP will designate to said facility. IT IS HEREBY ORDERED that Mr. Pinder shall surrender to FCI Ray Brook by 2:00 PM on November 4, 2025.

**United States v. Pinder**
**19 Cr 12-10 (VSB)**

Dear Judge Broderick:

    Mr. Pinder writes to augment his October 24, 2025 letter motion requesting an extension of his November 4, 2025 surrender date. Since Mr. Pinder filed the letter on October 24, 2025 he has been designated to FCI Ray Brook New York, 5 hours from Linden, New Jersey where he lives. The designation arrived in counsel's email at 4:47 P.M. on October 27, 2025.

    Notwithstanding the designation occurring on October 27, 2025, Mr. Pinder requests an extension until January 5, 2026 to surrender because 1) it would allow the BOP to have sufficient time to process a request for a designation change to an FCI closer to home, and 2) it would allow Mr. Pinder to spend time with his family over the holidays.

    Counsel notes that when the court recommended FCI Ft. Dix, which is about an hour and a quarter from his residence, it stated the recommendation was to "facilitate family visitation." See D.E. 418, September 11, 2025. It goes without saying that visitation is an important part of the rehabilitation process. If Mr. Pinder had been designated to FCI Fort Dix, as he requested, he would have been close enough to have a visit most weekends, which was the plan.

    Accordingly, Mr. Pinder requests an extension of surrender to January 5, 2026.

Respectfully submitted,

/s/
Louis M. Freeman